# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Engelmayer, Paul A. | U.S. District Court, Southern District of New York | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
500 Pearl Street
New York, NY
10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-executor | Estate #1 |
| 2. | Trustee | Trust #1 |
| 3. | Partner | Wilmer Cutler Pickering Hale & Dorr |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | WilmerHale partnership agreement re interest earned on retained capital of former partners |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 1/1/11 | Partnership Income (1/1/11 - 8/31/11) | $1,329,837.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -ING Senior Income Cl A | A | Int./Div. | K | T | Buy (add'l) | 04/18/11 | J | | |
| 3. -MFS Emerging Markets Debt Fund Class I | A | Int./Div. | J | T | | | | | |
| 4. -Ivy Global Natural Resources Fund Class I | | | J | T | | | | | |
| 5. -Franklin Templeton Emerging Markets Bond Fund | D | Int./Div. | L | T | Buy | 10/19/11 | L | | |
| 6. IRA #2 | | | | | | | | | |
| 7. -MFS Emerging Markets Debt Fund Class I | | | | | Buy | 4/25/11 | J | | |
| 8. -Templeton Global Bond Fund Cl A | | | | | Sold | 4/21/11 | J | A | |
| 9. IRA #3 | | | | | | | | | |
| 10. -ING Senior Income Cl A | A | Int./Div. | K | T | Buy (add'l) | 04/21/11 | J | | |
| 11. -MFS Emerging Markets Debt Fund Class I | A | Int./Div. | K | T | | | | | |
| 12. -Ivy Global Natural Resources Fund Cl Y | | | J | T | | | | | |
| 13. Trust #1 | | | | | | | | | |
| 14. -Acadian Emerging Markets | A | Dividend | J | T | | | | | |
| 15. -Eaton Vance Structured Emerging Markets | | | J | T | | | | | |
| 16. -GRT Value Fund Advisors Class | | | J | T | | | | | |
| 17. -ING Senior Income Cl A | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ING Senior Income Fund Fl Q | | | | | | | | | |
| 19. -iShares Tr MSCI EAFE Index Fd | | | J | T | | | | | |
| 20. -iShares Tr S&P 400 BARRA Midcap Growth | | | J | T | | | | | |
| 21. -Ivy Asset Strategy Fund Class A | A | Dividend | K | T | | | | | |
| 22. -Loomis Sayles Strategic Income A | A | Int./Div. | J | T | | | | | |
| 23. -PIMCO Funds Total Return Fund Instl #35 | A | Int./Div. | J | T | | | | | |
| 24. -T. Rowe Price Emerging Market Bond Fund | A | Int./Div. | J | T | | | | | |
| 25. -Wisdomtree Large Cap Dividend | A | Int./Div. | K | T | | | | | |
| 26. -Wisdomtree MidCap Dividend | | | J | T | | | | | |
| 27. -Berkshire Hathaway Inc Del B | | | K | T | Buy (add'l) | 6/21/11 | J | | |
| 28. -Ivy Global Natural Resources Fund Cl Y | | | J | T | | | | | |
| 29. -Schwab NY Tax Ex Money Sweep Shares (Y) | | | | | | | | | |
| 30. Trust #2 | | | | | | | | | |
| 31. -Acadian Emerging Markets | A | Dividend | J | T | | | | | |
| 32. -Eaton Vance Structured Emerging Markets A | | | J | T | | | | | |
| 33. -ING Senior Income Cl A | A | Int./Div. | J | T | | | | | |
| 34. -iShares Tr MSCI EAFE Index Fd | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -iShares Tr S&P 400 BARRA Midcap Growth | | | J | T | | | | | |
| 36. -Ivy Asset Strategy Fund Class A | | | K | T | | | | | |
| 37. -Loomis Sayles Strategic Income A | A | Int./Div. | J | T | | | | | |
| 38. -PIMCO Funds Total Return Fund Instl #35 | A | Int./Div. | J | T | | | | | |
| 39. -T. Rowe Price Emerging Markets Bond Fund | A | Int./Div. | J | T | | | | | |
| 40. -Wisdomtree Large Cap Dividend | A | | K | T | | | | | |
| 41. -Wisdometree MidCap Dividend | | | J | T | | | | | |
| 42. -Berkshire Hathaway Inc Del B | | | K | T | Buy (add'l) | 6/21/11 | J | | |
| 43. -Ivy Global Natural Resources Fund Cl Y | | | J | T | | | | | |
| 44. -Schwab Municipal Money Fund Sweep Shares (Y) | | | | | | | | | |
| 45. Brokerage #1 | | | | | | | | | |
| 46. -Eaton Vance Structured Emerging Markets I | C | Int./Div. | N | T | Buy (add'l) | 12/28/11 | J | | |
| 47. -ING European Bank Loan | D | Int./Div. | M | T | | | | | |
| 48. -ING Senior Income Cl A | | | | | | | | | |
| 49. -ING Senior Income Fund Cl Q | | | | | | | | | |
| 50. -iShares Tr S&P 600 BARRA Small Cap Growth | | | | | Sold | 12/30/11 | K | D | |
| 51. -MFS Emerging Markets Debt Fund Class I | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -New York Port Authority | | | | | | | | | |
| 53. -Prudential Jennison Natural Resources Cl A | | | | | | | | | |
| 54. -Schwab NY Tax Ex Money Sweep Shares | | | N | T | | | | | |
| 55. -Aria Consumer Fund | | | N | T | | | | | |
| 56. -Berkshire Hathaway Inc Del B | | | M | T | Buy (add'l) | 06/21/11 | K | | |
| 57. -Deutsche Bank AG London 307 US CMS | | | J | T | | | | | |
| 58. -Ivy Global Natural Resources Fund Cl Y | | | M | T | | | | | |
| 59. -JLP Credit Opportunity Fund | | | | | Sold | 03/31/11 | M | | |
| 60. -Prudential Jennison Natural Resources Fund Cl Z | | | M | T | Buy (add'l) | 09/29/11 | K | | |
| 61. -First Eagle Global | D | Int./Div. | M | T | Buy | 4/18/11 | M | | |
| 62. -First Eagle Global | | | | | Buy (add'l) | 12/30/11 | J | | |
| 63. -Aberdeen Emerging Markets | B | Int./Div. | L | T | Buy | 9/29/11 | K | | |
| 64. Brokerage #2 | | | | | | | | | |
| 65. -Schwab NY Tax Ex Money Sweep Shares | | | | | | | | | |
| 66. Brokerage #3 | | | | | | | | | |
| 67. -Consumer Stap SPDR | B | Int./Div. | M | T | Sold (part) | 01/18/11 | J | A | |
| 68. -Consumer Stap SPDR | | | | | Buy (add'l) | 02/7/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Consumer Stap SPDR | | | | | Sold (part) | 2/14/11 | J | A | |
| 70. -Consumer Stap SPDR | | | | | Buy (add'l) | 4/19/11 | K | | |
| 71. -Consumer Stap SPDR | | | | | Buy (add'l) | 8/8/11 | J | | |
| 72. -Consumer Stap SPDR | | | | | Buy (add'l) | 8/15/11 | K | | |
| 73. -Consumer Stap SPDR | | | | | Buy (add'l) | 9/30/11 | K | | |
| 74. -Consumer Stap SPDR | | | | | Buy (add'l) | 10/3/11 | J | | |
| 75. -Consumer Stap SPDR | | | | | Sold (part) | 10/24/11 | J | A | |
| 76. -Consumer Stap SPDR | | | | | Buy (add'l) | 12/9/11 | J | | |
| 77. -Consumer Stap SPDR | | | | | Sold (part) | 12/12/11 | J | A | |
| 78. -Consumer Dis SS SPDR | A | Int./Div. | M | T | Sold (part) | 1/18/11 | J | A | |
| 79. -Consumer Dis SS SPDR | | | | | Buy (add'l) | 2/7/11 | J | | |
| 80. -Consumer Dis SS SPDR | | | | | Sold (part) | 2/14/11 | J | A | |
| 81. -Consumer Dis SS SPDR | | | | | Buy (add'l) | 4/19/11 | K | | |
| 82. -Consumer Dis SS SPDR | | | | | Buy (add'l) | 8/8/11 | J | | |
| 83. -Consumer Dis SS SPDR | | | | | Sold (part) | 8/15/11 | K | A | |
| 84. -Consumer Dis SS SPDR | | | | | Buy (add'l) | 12/12/11 | M | | |
| 85. -Consumer Dis SS SPDR | | | | | Buy (add'l) | 12/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Consumer Dis SS SPDR | | | | | Buy (add'l) | 12/30/11 | J | | |
| 87. -Energy Select Sector SPDR | A | Int./Div. | | T | Sold (part) | 1/18/11 | J | A | |
| 88. -Energy Select Sector SPDR | | | | | Buy (add'l) | 2/7/11 | J | | |
| 89. -Energy Select Sector SPDR | | | | | Sold (part) | 2/14/11 | J | A | |
| 90. -Energy Select Sector SPDR | | | | | Buy (add'l) | 4/19/11 | K | | |
| 91. -Energy Select Sector SPDR | | | | | Buy (add'l) | 8/8/11 | J | | |
| 92. -Energy Select Sector SPDR | | | | | Buy (add'l) | 8/15/11 | K | | |
| 93. -Energy Select Sector SPDR | | | | | Sold | 8/29/11 | L | | |
| 94. -Healthcare SS SPDR | A | Int./Div. | | T | Buy (add'l) | 1/18/11 | K | | |
| 95. -Healthcare SS SPDR | | | | | Sold (part) | 2/7/11 | K | A | |
| 96. -Healthcare SS SPDR | | | | | Buy (add'l) | 2/14/11 | K | | |
| 97. -Healthcare SS SPDR | | | | | Buy (add'l) | 4/19/11 | K | | |
| 98. -Healthcare SS SPDR | | | | | Buy (add'l) | 8/8/11 | J | | |
| 99. -Healthcare SS SPDR | | | | | Sold (part) | 8/15/11 | K | | |
| 100. -Healthcare SS SPDR | | | | | Buy (add'l) | 9/6/11 | L | | |
| 101. -Healthcare SS SPDR | | | | | Buy (add'l) | 9/30/11 | K | | |
| 102. -Healthcare SS SPDR | | | | | Sold (part) | 10/3/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Healthcare SS SPDR | | | | | Sold (part) | 10/6/11 | K | | |
| 104. -Healthcare SS SPDR | | | | | Buy (add'l) | 10/24/11 | M | | |
| 105. -Healthcare SS SPDR | | | | | Sold | 12/5/11 | M | B | |
| 106. -Materials SS SPDR | A | Int./Div. | | T | Sold (part) | 1/18/11 | J | A | |
| 107. -Materials SS SPDR | | | | | Buy (add'l) | 2/7/11 | J | | |
| 108. -Materials SS SPDR | | | | | Sold (part) | 2/14/11 | J | A | |
| 109. -Materials SS SPDR | | | | | Buy (add'l) | 4/19/11 | K | | |
| 110. -Materials SS SPDR | | | | | Buy (add'l) | 8/8/11 | J | | |
| 111. -Materials SS SPDR | | | | | Sold | 8/15/11 | K | | |
| 112. -Schwab NY Tax Ex Money Sweep Shares | | | J | T | | | | | |
| 113. -Select Sector SPDR Amex Industrial | A | Int./Div. | | | Sold (part) | 1/18/11 | J | A | |
| 114. -Select Sector SPDR Amex Industrial | | | | | Buy (add'l) | 2/7/11 | J | | |
| 115. -Select Sector SPDR Amex Industrial | | | | | Sold (part) | 2/14/11 | J | A | |
| 116. -Select Sector SPDR Amex Industrial | | | | | Buy (add'l) | 4/19/11 | K | | |
| 117. -Select Sector SPDR Amex Industrial | | | | | Buy (add'l) | 8/8/11 | J | | |
| 118. -Select Sector SPDR Amex Industrial | | | | | Sold | 8/15/11 | K | | |
| 119. -Select Sector SPDR Financial | | | | | Sold (part) | 1/18/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Select Sector SPDR Financial | | | | | Buy (add'l) | 2/7/11 | J | | |
| 121. -Select Sector SPDR Financial | | | | | Sold (part) | 2/14/11 | J | A | |
| 122. -Select Sector SPDR Financial | | | | | Buy (add'l) | 4/19/11 | K | | |
| 123. -Select Sector SPDR Financial | | | | | Sold | 8/8/11 | K | | |
| 124. -Select Sector SPDR Technology | A | Int./Div. | M | T | Sold (part) | 1/18/11 | J | A | |
| 125. -Select Sector SPDR Technology | | | | | Buy (add'l) | 2/7/11 | J | | |
| 126. -Select Sector SPDR Technology | | | | | Sold (part) | 2/14/11 | J | A | |
| 127. -Select Sector SPDR Technology | | | | | Buy (add'l) | 4/19/11 | K | | |
| 128. -Select Sector SPDR Technology | | | | | Buy (add'l) | 8/8/11 | J | | |
| 129. -Select Sector SPDR Technology | | | | | Sold (part) | 8/15/11 | K | | |
| 130. -Select Sector SPDR Technology | | | | | Buy (add'l) | 12/12/11 | M | | |
| 131. -Select Sector SPDR Technology | | | | | Buy (add'l) | 12/16/11 | J | | |
| 132. -Select Sector SPDR Technology | | | | | Buy (add'l) | 12/30/11 | J | | |
| 133. -Utilities Sel SPDR | C | Int./Div. | M | T | Sold (part) | 1/18/11 | J | A | |
| 134. -Utilities Sel SPDR | | | | | Buy (add'l) | 2/7/11 | J | | |
| 135. -Utilities Sel SPDR | | | | | Sold (part) | 2/14/11 | J | A | |
| 136. -Utilities Sel SPDR | | | | | Buy (add'l) | 4/19/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Utilities Sel SPDR | | | | | Buy (add'l) | 8/8/11 | J | | |
| 138. -Utilities Sel SPDR | | | | | Buy (add'l) | 8/15/11 | K | | |
| 139. -Utilities Sel SPDR | | | | | Sold (part) | 8/29/11 | J | A | |
| 140. -Utilities Sel SPDR | | | | | Buy (add'l) | 9/30/11 | K | | |
| 141. -Utilities Sel SPDR | | | | | Sold (part) | 10/3/11 | J | A | |
| 142. -Utilities Sel SPDR | | | | | Buy (add'l) | 12/9/11 | J | | |
| 143. -Utilities Sel SPDR | | | | | Sold (part) | 12/12/11 | J | A | |
| 144. Brokerage #4 | | | | | | | | | |
| 145. -Acadian Emerging Markets | B | Int./Div. | L | T | Buy (add'l) | 12/29/11 | J | | |
| 146. -Causeway International Value Fund Invest | B | Int./Div. | | | Sold | 12/30/11 | K | | |
| 147. -Elmira County NY School (Y) | | | | | | | | | |
| 148. -GRT Value Fund Advisor Class | C | Int./Div. | | | Buy (add'l) | 4/18/11 | L | | |
| 149. -GRT Value Fund Advisor Class | | | | | Sold | 12/30/11 | M | | |
| 150. -iShares Tr MSCI EAFE Index Fd | D | Int./Div. | | | Sold | 12/30/11 | M | E | |
| 151. -iShares Tr S&P 400 BARRA Midcap Value | B | | | | Sold | 12/30/11 | M | E | |
| 152. -iShares Tr S&P 600 BARRA Small Cap Growth | A | Int./Div. | | | Sold | 12/30/11 | L | E | |
| 153. -MFS Emerging Markets Debt Fund Class I | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -PIMCO Funds Total Return Fund Instl #35 | B | Int./Div. | | | Sold | 8/11/11 | L | | |
| 155. -Prudential Jennison Natural Resources Cl A | | | | | | | | | |
| 156. -Schwab NY Tax Ex Money Sweep Shares | | | O | T | | | | | |
| 157. -Wisdomtree Large Cap Dividend | E | Int./Div. | O | T | | | | | |
| 158. -Berkshire Hathaway Inc Del B | | | M | T | Sold (part) | 12/6/11 | L | F | |
| 159. -Berkshire Hathaway Inc Del Cl A | | | P1 | T | | | | | |
| 160. -Ivy Global Natural Resources Fund Cl Y | | | M | T | | | | | |
| 161. -Microsoft Corp Com (Y) | | | | | | | | | |
| 162. -Pfizer Inc (Y) | | | | | | | | | |
| 163. -Landmark Value Strategies QP | | | J | | Redeemed | 12/31/10 | | | |
| 164. -Prudential Jennison Natural Resources Fund Cl Z | | | M | T | | | | | |
| 165. -First Eagle Global Instl Cl I | D | Int./Div. | M | T | Buy | 4/18/11 | M | | |
| 166. -First Eagle Global Instl Cl I | | | | | Buy (add'l) | 12/30/11 | J | | |
| 167. -PIMCO Unconstrained Bond Instl Cl | | | M | T | Buy | 12/30/11 | M | | |
| 168. 401(k) #1 | | | | | | | | | |
| 169. -Acadian Emerging Markets | | | | | Buy (add'l) | 1/31/11 | J | | |
| 170. -Acadian Emerging Markets | | | | | Buy (add'l) | 2/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Acadian Emerging Markets | | | | | Buy (add'l) | 3/29/11 | J | | |
| 172. -Acadian Emerging Markets | | | | | Buy (add'l) | 4/18/11 | K | | |
| 173. -Acadian Emerging Markets | | | | | Buy (add'l) | 4/27/11 | J | | |
| 174. -Acadian Emerging Markets | | | | | Buy (add'l) | 5/9/11 | K | | |
| 175. -Acadian Emerging Markets | | | | | Buy (add'l) | 5/31/11 | J | | |
| 176. -Acadian Emerging Markets | | | | | Buy (add'l) | 6/29/11 | J | | |
| 177. -Acadian Emerging Markets | | | | | Buy (add'l) | 7/26/11 | J | | |
| 178. -Acadian Emerging Markets | | | | | Buy (add'l) | 8/29/11 | J | | |
| 179. -Acadian Emerging Markets | | | | | Sold | 10/17/11 | M | E | |
| 180. -Brandes Inst Intl Equity Fund | | | | | Sold (part) | 4/18/11 | J | B | |
| 181. -Brandes Inst Intl Equity Fund | | | | | Buy | 5/9/11 | J | | |
| 182. -Brandes Inst Intl Equity Fund | | | | | Sold | 8/11/11 | J | | |
| 183. -ING Senior Income Fund Cl W | D | Int./Div. | | | Sold (part) | 5/13/11 | M | D | |
| 184. -ING Senior Income Fund Cl W | | | | | Sold (part) | 8/12/11 | M | | |
| 185. -ING Senior Income Fund Cl W | | | | | Sold | 10/14/11 | M | A | |
| 186. -Franklin Templeton Emerging Markets Debt Opp | | | | | Buy | 5/18/11 | M | | |
| 187. -Franklin Templeton Emerging Markets Debt Opp | | | | | Sold (part) | 8/11/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Franklin Templeton Emerging Markets Debt Opp | | | | | Sold | 10/17/11 | L | | |
| 189. -Ivy Global Natural Resources | | | | | Buy | 8/18/11 | K | | |
| 190. -Ivy Global Natural Resources | | | | | Sold | 10/17/11 | K | | |
| 191. -Aberdeen Emerging Markets Instl | | | | | Buy | 8/18/11 | L | | |
| 192. -Aberdeen Emerging Markets Instl | | | | | Sold | 10/17/11 | K | | |
| 193. UTMA #1 | | | | | | | | | |
| 194. -Eaton Vance Structured Emerging Markets A | | | J | T | | | | | |
| 195. -ING Senior Income Cl A | | | J | T | | | | | |
| 196. -iShares Tr MSCI EAFE Index Fd | A | Int./Div. | K | T | | | | | |
| 197. -Loomis Sayles Global Bond Instl | A | Int./Div. | J | T | | | | | |
| 198. -Wisdomtree Large Cap Dividend | | | J | T | | | | | |
| 199. -Wisdom Tree MidCap Dividend | | | J | T | | | | | |
| 200. -Ivy Global Natural Resources Fund Cl Y | | | J | T | | | | | |
| 201. UTMA #2 | | | | | | | | | |
| 202. -Eaton Vance Structured Emerging Markets A | | | J | T | | | | | |
| 203. -ING Senior Income Fund Cl A | A | Int./Div. | J | T | | | | | |
| 204. -iShares Tr MSCI EAFE Index Fd | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Loomis Sayles Global Bond Instl | A | Int./Div. | J | T | | | | | |
| 206. -WisdomTree Large Cap Dividend | | | J | T | | | | | |
| 207. -WisdomTree MidCap Dividnd | | | J | T | | | | | |
| 208. -Berkshire Hathaway Inc Del B | | | K | T | | | | | |
| 209. -Ivy Global Natural Resources Fund Cl Y | | | J | T | | | | | |
| 210. UTMA #3 | | | | | | | | | |
| 211. -Eaton Vance Structured Emerging Markets A | | | J | T | | | | | |
| 212. -ING Senior Income Cl Q (Y) | | | | | | | | | |
| 213. -ING Senior Income Cl A | | | J | T | | | | | |
| 214. -iShares Tr MSCI EAFE Index Fd | A | Int./Div. | K | T | | | | | |
| 215. -Loomis Sayles Global Bond Instl | A | Int./Div. | J | T | | | | | |
| 216. -WisdomTree Large Cap Dividend | | | J | T | | | | | |
| 217. -WisdomTree MidCap Dividend | | | J | T | | | | | |
| 218. -Ivy Global Natural Resources Fund Cl Y | | | J | T | | | | | |
| 219. -UTMA #4 | | | | | | | | | |
| 220. -Eaton Vance Structured Emerging Markets A | | | J | T | | | | | |
| 221. -ING Senior Income Cl A | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -iShares Tr MSCI EAFE Index Fd | | | J | T | | | | | |
| 223. -Loomis Sayles Global Bond Instl | A | Int./Div. | J | T | | | | | |
| 224. -WisdomTree Large Cap Dividend | | | J | T | | | | | |
| 225. -WisdomTree MidCap Dividend | | | J | T | | | | | |
| 226. -Berkshire Hathaway Inc Del B | | | K | T | | | | | |
| 227. -Ivy Global Natural Resources Fund Cl Y | | | J | T | | | | | |
| 228. 529 Plan #1 | | | | | | | | | |
| 229. -New York Saves Bond Market Index Portfolio | | | | | Sold | 12/20/11 | K | | |
| 230. -New York Saves Bond Market Index Portfolio | | | | | Buy (add'l) | 1/11/11 | J | | |
| 231. -New York Saves Growth Stock Index Portfolio | | | K | T | Buy (add'l) | 1/11/11 | J | | |
| 232. -New York Saves Mid Cap Index Portfolio | | | | | Buy (add'l) | 1/11/11 | J | | |
| 233. -New York Saves Mid Cap Index Portfolio | | | | | Sold | 12/20/11 | J | | |
| 234. -New York Saves Small Cap Stock Index Portfolio | | | | | Buy (add'l) | 1/11/11 | J | | |
| 235. -New York Saves Small Cap Stock Index Portfolio | | | | | Sold | 12/20/11 | J | | |
| 236. -New York Saves Value Stock Index Portfolio | | | K | T | Buy (add'l) | 1/11/11 | J | | |
| 237. -New York Saves Interest Accumulation Index Portfolio | | | K | T | Buy | 12/20/11 | K | | |
| 238. 529 Plan #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -New York Saves Developed Markets Income Portfolio | | | K | T | | | | | |
| 240. -New York Saves Interest Accumulation Portfolio | | | J | T | Sold (part) | 1/6/11 | K | | |
| 241. -New York Saves Mid Cap Index Portfolio | | | K | T | Buy (add'l) | 1/6/11 | K | | |
| 242. -New York Saves Growth Stock Index Portfolio | | | J | T | Sold | 1/6/11 | K | | |
| 243. -New York Saves Growth Stock Index Portfolio | | | L | T | Buy | 1/12/11 | J | | |
| 244. -New York Saves Inflation Protected Portfolio | | | L | T | Buy (add'l) | 1/12/11 | J | | |
| 245. -New York Saves Value Stock Index Portfolio | | | K | T | Buy (add'l) | 1/6/11 | J | | |
| 246. -New York Saves Income Portfolio (X) | | | | | Sold | 1/6/11 | K | | |
| 247. -New York Saves Small Cap Stock Index Portfolio (X) | | | | | Sold | 1/6/11 | J | | |
| 248. 529 Plan #3 | | | | | | | | | |
| 249. -New York Saves Developed Markets Income Portfolio | | | K | T | | | | | |
| 250. -New York Saves Mid Cap Stock Index Portfolio | | | J | T | | | | | |
| 251. -New York Saves Inflation Protected Portfolio | | | L | T | Buy (add'l) | 1/3/11 | L | | |
| 252. -New York Saves Small Cap Stock Index Portfolio | | | J | T | | | | | |
| 253. -New York Saves Income Portfolio (X) | | | | | Sold | 1/3/11 | L | | |
| 254. 529 Plan #4 | | | | | | | | | |
| 255. -New York Saves Bond Market Index Portfolio | | | | | Sold | 12/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -New York Saves Developed Markets Income Portfolio | | | | | Sold | 12/21/11 | J | | |
| 257. -New York Saves Growth Stock Index Portfolio | | | K | T | Sold (part) | 12/21/11 | J | | |
| 258. -New York Saves Mid Cap Stock Index Portfolio | | | | | Sold | 12/21/11 | K | | |
| 259. -New York Saves Inflation Protected Portfolio | | | J | T | Sold (part) | 12/21/11 | J | | |
| 260. -New York Saves Small Cap Stock Index Portfolio | | | | | Sold | 12/21/11 | K | | |
| 261. -New York Saves Value Stock Index Portfolio | | | K | T | Sold (part) | 12/21/11 | J | | |
| 262. -New York Saves Interest Accumulation Portfolio | | | L | T | Buy | 12/21/11 | L | | |
| 263. Formerly Brokerage #5 (since added to Brokerage #1) | | | | | | | | | |
| 264. -BHP Billiton Limited (BHP) | | | | | Sold | 5/16/11 | J | C | |
| 265. -Fidelity Select Energy Fund | | | | | Sold | 4/18/11 | J | | |
| 266. -Fidelity Select Energy Services | | | | | Sold | 4/19/11 | J | | |
| 267. -General Electric (GE) | | | | | Sold | 5/16/11 | J | | |
| 268. -Travelers Cos Inc Com (TRV) | | | | | Sold | 5/16/11 | J | A | |
| 269. -United Parcel SVC Inc Cl B (UPS) | | | | | Sold | 5/16/11 | J | B | |
| 270. IRA #4 | | | | | | | | | |
| 271. -Vanguard Value Index Fund Admiral Shares | | | | | Sold | 4/18/11 | K | | |
| 272. -Vanguard Extended Market Index Fund Admiral Shares | | | | | Sold | 4/18/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Vanguard Wellington Fund Admiral | B | Int./Div. | | | Sold | 4/18/11 | M | | |
| 274. -Ivy Global Natural Resources | | | K | T | Buy | 4/18/11 | K | | |
| 275. -ING Senior Income Cl A | D | Int./Div. | M | T | Buy | 4/19/11 | M | | |
| 276. IRA #5 | | | | | | | | | |
| 277. -Fidelity Cash Reserves | | | | | | | | | |
| 278. -Fidelity Contrafund | | | | | Sold | 4/18/11 | L | | |
| 279. -Fidelity Growth & Income | | | | | Sold | 4/18/11 | J | | |
| 280. -Fidelity Select Defense & Aerospace | | | | | Sold | 4/18/11 | J | | |
| 281. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | Buy | 4/18/11 | K | | |
| 282. -ING Senior Income Cl A | B | Int./Div. | K | T | Buy | 4/19/11 | K | | |
| 283. IRA #6 | | | | | | | | | |
| 284. -Aberdeen Emerging Markets | B | Int./Div. | L | T | Buy | 10/19/11 | L | | |
| 285. -Acadian Emerging Markets | C | Int./Div. | M | T | Buy | 10/19/11 | M | | |
| 286. -Definitive Guardian Fund Ltd | | | O | W | Buy | 12/1/11 | O | | |
| 287. -Franklin Templeton EM Debt Op | C | Int./Div. | L | T | Buy | 10/19/11 | L | | |
| 288. -Ivy Global Natural Resources Fund Cl Y | | | L | T | Buy | 10/19/11 | K | | |
| 289. -Schwab Advanced Cash Reserves | | | K | T | Buy | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. WCPHD Defined Benefits Plan | | | | | Sold | 10/25/11 | N | | Rolled over into IRA #6 |
| 291. Teachers Retirement System of NY 403(b) #1 | | | | | | | | | |
| 292. -Diversified Equity | | | M | T | Sold (part) | 3/1/11 | J | | |
| 293. -Diversified Equity | | | | | Distributed (part) | 3/1/11 | J | | 2010 RMD to Estate #1 |
| 294. -Stable Value | | | L | T | Sold (part) | 3/1/11 | J | | |
| 295. -Stable Value | | | | | Distributed (part) | 3/1/11 | J | | 2010 RMD to Estate #1 |
| 296. -International Equity | | | L | T | Sold (part) | 3/1/11 | J | | |
| 297. -International Equity | | | | | Distributed (part) | 3/1/11 | J | | 2010 RMD to Estate #1 |
| 298. -Inflation Protection | | | L | T | Sold (part) | 3/1/11 | J | | |
| 299. -Inflation Protection | | | | | Distributed (part) | 3/1/11 | J | | 2010 RMD to Estate #1 |
| 300. Citigroup Checking Account | A | Interest | N | T | | | | | |
| 301. Chase Checking Account | | | K | T | | | | | |
| 302. Westchester County Real Estate Parcel #1 | | | L | W | | | | | |
| 303. Westchester County Real Estate Parcel #2 | | | L | W | | | | | |
| 304. Estate #1 (X) | | | | | | | | | |
| 305. HSBC Checking Account #1 (X) | | | | | | | | | |
| 306. -Cash | A | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Brokerage #5 (X) | | | | | | | | | |
| 308. -Vanguard REIT Index Fund | A | Int./Div. | J | T | | | | | |
| 309. New York City Real Estate Parcel #1 (X) | | | | | Sold | 12/15/11 | P1 | | Proceeds to Estate #1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544